BEFORE: **E. THOMAS BOYLE**
UNITED STATES MAGISTRATE JUDGE

DATE: SEPTEMBER 13, 2010
TIME: 11:30 A.M.

ASSIGNED JUDGE: **SPATT**

DOCKET NO. **CV-10-00001** CASE: **SUFFOLK FEDERAL CREDIT UNION V. CUMIS INSURANCE SOCIETY, INC.**

## CIVIL CONFERENCE

Initial ___ Status X Discovery ___ Settlement ___ Final Pre-trial ___

Motion

Automatic Discovery: Has been (____) Has Not Been (____) Completed.

APPEARANCES:   Plaintiff                                   Defendant

Amelia K. Seewann                 Arthur Aizley
Jessie F. Beeber                  Valerie D. Rojas (not admitted)
Patrick J. Boyle

* Discovery completed by    Fact discovery 12/31/10

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next __SLC__ conference __1/13/11 at 2:00 pm by phone.__

Pre-Trial Order filed by _____

Plaintiff _____

Defendant _____

The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint).

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/
   interrogatories by _____

Based on the assurance that plaintiffs will produce the 500-600 files requested by defendants (189 directly in issue already produced), the defendant's request to extend discovery for 120 days is denied without prejudice to renewal.

So ordered. /s/ E. Thomas Boyle, MJ