ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY  10004-2400

*www.sedgwicklaw.com*   *212.422.0202  phone*   *212.422.0925  fax*



arthur.aizley@sedgwicklaw.com
valerie.rojas@sedgwicklaw.com

February 23, 2012

<u>Via Electronic Filing</u>
Judge  Arthur Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

  RE: Suffolk Federal Credit Union vs. CUMIS Ins. Society, Inc.,
    Case No. 10-CV-00001-ADS-ETB

Dear Judge Spatt:

This matter is currently scheduled for a pre-motion conference on March 5, 2012 related to Plaintiff Suffolk Federal Credit Union's ("Suffolk") proposed motion for summary judgment.  Defendant CUMIS Insurance Society, Inc. ("CUMIS"), with the consent of Suffolk, writes to request that the pre-motion hearing currently scheduled for Monday March 5, 2012, be adjourned until Friday March 9, 2012, in order to accommodate the travel schedule of CUMIS' counsel.

CUMIS' counsel has met and conferred with Suffolk's counsel concerning this request and Suffolk's counsel is agreeable to having the pre-motion conference take place on Friday March 9, 2012.

Respectfully Submitted,

/s/Arthur Aizley

Arthur Aizley
Valerie D. Rojas
Sedgwick, LLP

VDR:KU

Cc:  Counsel of Record by Electronic Filing

LA/1150607v1