

**ATTORNEYS AT LAW**

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY  10004-2400

*www.sedgwicklaw.com*   212.422.0202  *phone*   212.422.0925  *fax*

*arthur.aizley@sedgwicklaw.com*
*valerie.rojas@sedgwicklaw.com*

February 28, 2012

<u>*Via Electronic Filing*</u>
Judge Arthur Spatt
United States District Court
100 Federal Plaza
Central Islip, New York  11722

      RE:      *Suffolk Federal Credit Union vs. CUMIS Ins. Society, Inc.,*
                 *Case No. 10-CV-00001-ADS-ETB*

Dear Judge Spatt:

Defendant CUMIS Insurance Society, Inc. (CUMIS) writes, with the consent of Plaintiff Suffolk Federal Credit Union (Suffolk), to request a continuance of the pre-motion conference (presently scheduled for March 5, 2012) because the parties agree that a single joint pre-motion conference to address both parties' motions for summary judgment would be more efficient.

CUMIS and Suffolk both intend to bring motions for summary judgment addressing largely the same issues, primarily coverage for Suffolk's alleged loss under a Credit Union Bond issued by CUMIS. CUMIS served Suffolk with its statement of facts in support of its request for a pre-motion conference on February 22nd and Suffolk has requested an extension of time in order to complete its response by March 9th. CUMIS granted the extension and Suffolk agreed in turn to consent to a request to continue the pre-motion conference on its motion for summary judgment and schedule a joint pre-motion conference at a later date.

The continuance of the pre-motion conference and scheduling of a joint conference so that CUMIS' request for a pre-motion conference can be completed serves the interests of both the parties and the Court because addressing both motions in a single conference will be more efficient.

Accordingly, the parties respectfully request that the pre-motion conference be continued and a joint pre-motion conference be scheduled following CUMIS' formal request for a pre-motion conference, which will be filed shortly after Suffolk's response is received.

Respectfully Submitted,

/s/Arthur Aizley

Arthur Aizley
Valerie D. Rojas
**SEDGWICK, LLP**

VDR:ku

cc:  Counsel of Record by Electronic Filing

LA/1150607v3