Jessie F. Beeber
Patrick J. Boyle
Amelia K. Brankov
Jeremy S. Goldman
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue
New York, New York  10022
Tel.: (212) 980-0120

*Attorneys for Plaintiff*
*Suffolk Federal Credit Union*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
SUFFOLK FEDERAL CREDIT UNION,   :
                                :      10-CV-0001-ADS-ETB
                  Plaintiff,    :
                                :
       - against -              :
                                :
CUMIS INSURANCE SOCIETY, INC.,  :
                                :
                  Defendant.    :
------------------------------------- X

## DECLARATION OF PATRICK J. BOYLE IN SUPPORT OF PLAINTIFF SUFFOLK FEDERAL CREDIT UNION'S MOTION TO AMEND COMPLAINT

I, PATRICK J. BOYLE, hereby declare as follows:

1. I am a partner in the firm Frankfurt Kurnit Klein & Selz, P.C., counsel for plaintiff Suffolk Federal Credit Union ("Suffolk") in this action and submit this Declaration in support of Suffolk's motion to amend the complaint solely to introduce true and correct copies of the following documents into the record.

2. A true and correct copy of CUMIS's fidelity bond, which forms the basis of this litigation, is annexed hereto as Exhibit A.

3. A true and correct copy of CUMIS's March 19, 2012 letter to the Court summarizing its anticipated arguments on its planned summary judgment motion is annexed hereto as Exhibit B.

4. A true and correct copy of the March 1, 2012 Decision by Judge Dickinson Debevoise in the litigation styled *Sperry Associates Federal Credit Union v. CUMIS Insurance Society, Inc.*, No. 10 Civ. 0029, 2012 WL 693046 (D.N.J. Mar. 1, 2012) is annexed hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 11, 2012

_____
PATRICK J. BOYLE

2