PRE-MOTION
CIVIL CAUSE FOR CONFERENCE

BEFORE JUDGE: <u>SPATT</u>      DATE: <u>April 23, 2012</u>   TIME: <u>9:15 (35 minutes)</u>
DOCKET NUMBER: <u>CV-10-0001</u>

TITLE: <u>SUFFOLK FEDERAL CREDIT UNION v. CUMIS INSURANCE SOCIETY, INC.</u>

APPEARANCES:  FOR PLAINTIFF: ~~Amelia K. Brankob, Esq.~~
                             Jessie F. Beeber, Esq.
                             **Patrick J. Boyle, Esq.**

              FOR DEFENDANT: ~~Arthur Aizley, Esq.~~
                             Michael Davisson, Esq.
                             ~~Brian M. Oubre, Esq.~~
                             C/R

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 23 2012 ★

LONG ISLAND OFFICE

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

___ PRE-MOTION CONFERENCE HELD

___ CASE MARKED READY FOR TRIAL _____

___ FURTHER STATUS CONFERENCE SCHEDULED FOR_____

___ OTHER_____