UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------ X

SUFFOLK FEDERAL CREDIT UNION,                :
                                             :
                              Plaintiff,     :        10-CV-0001-ADS-ETB
                                             :
            - against -                      :
                                             :
CUMIS INSURANCE SOCIETY, INC.,               :
                                             :
                              Defendant.     :
                                             :
------------------------------------------ X

## DECLARATION OF JEREMY S. GOLDMAN

I, JEREMY S. GOLDMAN, declare as follows:

1.      I am an attorney at the law firm of Frankfurt Kurnit Klein & Selz, P.C., attorneys for plaintiff Suffolk Federal Credit Union ("Suffolk") in the above-captioned action.  I am admitted to practice in this Court.

2.      I submit this Declaration for the Court's convenience to annex the following documents which are referenced in the accompanying memorandum of law.

3.      Attached hereto as Exhibit A is this Court's Memorandum of Decision and Order of the Court, dated December 15, 2012 (Dkt. No. 105).

4.      Attached hereto as Exhibit B is an excerpt from Credit Union Bond Number 001740-18.

5.      Attached hereto as Exhibit C is the Affidavit of Michael J. McGrath, Jr., dated March 1, 2010 (exhibits thereto, which are voluminous, intentionally omitted).

6.      Attached hereto as Exhibit D are excerpts from the transcript of the deposition of Michael J. McGrath, Jr., dated June 29, 2011.

7.      Attached as Exhibit E is the Criminal Information setting forth the charges to which Michael J. McGrath, Jr. pled guilty before the United States District Court for the District of New Jersey in the case entitled *U.S. v. McGrath*, No. 09 Cr. 436 (D.N.J.).

8.      Attached hereto as Exhibit F is this Court's Memorandum of Decision and Order of the Court, dated July 22, 2010.

9.      Attached hereto as Exhibit G is Suffolk's Response to CUMIS Insurance Society, Inc.'s Statement of Uncontroverted Facts and Supporting Evidence Pursuant to Local Rule 56.1 ("Suffolk's Resp. to CUMIS 56.1 Statement"), dated March 9, 2012.

10.      Attached hereto as Exhibits H, I and J are the following documents cited in Suffolk's Resp. to CUMIS 56.1 Statement:

|   |   |
|---|---|
| Exhibit H. | Transcript of July 25, 2011 deposition of Lorna Curtin, 42:20-43:14 |
| Exhibit I. | Mortgage Logs, DX-116, DX-117, DX-118, DX-119, DX-120. |
| Exhibit J. | Transcript of September 13, 2011 deposition of Rosemary Newbeck, 20:17-20, 23:3-24:2 |

11.      Attached hereto as Exhibit K are excerpts from the transcript of the deposition of Robert Maimoni, dated July 28, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 2, 2013

By: _____
Jeremy S. Goldman