| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: GARY R. BROWN <br> U.S. MAGISTRATE JUDGE | DATE: 10/4/2013 <br> TIME: 10:00 AM |

CASE: **CV 10-1 (ADS) (GRB)** Suffolk Federal Credit Union v. Cumis Insurance Society, Inc.

TYPE OF CONFERENCE: Initial Conference

APPEARANCES:   Patrick Boyle, Jessie Beeber

   Mike Davisson, Valerie Rojas

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☒   Settlement conference scheduled for 11/26/2013 at 2:30 PM in courtroom 840 of the Long Island Courthouse. Parties are to comply with the undersigned's Individual Rules on settlement conferences.

☐   Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☐   Other:

SO ORDERED

/s/ Gary R. Brown
GARY R. BROWN
United States Magistrate Judge