| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>U.S. MAGISTRATE JUDGE | DATE: 12/5/2013<br>TIME: 2:30 PM |

CASE:  **CV 10-1 (ADS) (GRB)** Suffolk Federal Credit Union v. Cumis Insurance Society, Inc.

TYPE OF CONFERENCE: Settlement Conference

APPEARANCES:     Patrick Boyle, Jessie Beeber

Mike Davison

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒   Other: Parties cannot agree on a settlement.  The joint proposed pretrial shall be filed by February 5, 2014.

SO ORDERED

/s/ Gary R. Brown
GARY R. BROWN
United States Magistrate Judge