UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 15 2014 ★
LONG ISLAND OFFICE

---------------------------------------x
SUFFOLK FEDERAL CREDIT UNION,

                        Plaintiff,

vs.

CUMIS INSURANCE SOCIETY, INC., *et al.*,

                        Defendants.
---------------------------------------x

Case No. 10-cv-01
(ADS)(GRB)

(ECF)

**SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that, it is hereby consented that Venable LLP, 1270 Avenue of the Americas, 24th Floor, New York, New York, 10020, is hereby substituted as attorneys of record for Plaintiff Suffolk Federal Credit Union, in the above-captioned matter in place and in stead of Frankfurt Kurnit Klein & Selz, P.C., 488 Madison Avenue, 9th Floor, New York, New York, 10022. This Substitution of Counsel may be executed in counterparts, and a facsimile signature on this Substitution of Counsel shall have the same effect as an original signature.

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: *[signature]*
Ronald Minkoff
Edward Rosenthal
Amelia K. Brankov
Jeremy S. Goldman
488 Madison Avenue, 9th Floor
New York, New York, 10022
(212) 980-0120
Dated: 1/13/14

VENABLE LLP

By: *[signature]*
Patrick J. Boyle
Jessie F. Beeber
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 307-5500

Dated:

SO ORDERED.

/s/ Arthur D. Spatt
ARTHUR D. SPATT, USDJ
1/15/14