UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUFFOLK FEDERAL CREDIT UNION, <br><br> Plaintiff, <br><br> vs. <br><br> CUMIS INSURANCE SOCIETY, INC., <br><br> Defendant. | No. 10 CV 00001 (ADS)(GRB) <br><br> ECF Case <br><br> NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Irene Ribeiro Gee, of the law firm VENABLE LLP, Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, hereby enters an appearance as counsel for Plaintiff Suffolk Federal Credit Union in the above-captioned matter.

Dated: New York, New York
       March 10, 2014

VENABLE LLP

By: _____
Irene Ribeiro Gee
1270 Avenue of the Americas
24th Floor
New York, New York 10020
(212) 307-5500

*Attorneys for Plaintiff*
*Suffolk Federal Credit Union*

To:

SEDGWICK, LLP
Arthur H. Aizley
Michael R. Davisson
Valerie D. Rojas
125 Broad Street
30th Floor
New York, New York 10004-2400
(212) 422-0202

*Attorneys for Defendant
CUMIS Insurance Society, Inc.*